IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| GUSTAVO ADOLFO DE LA CRUZ MONCION, | * | |
| | * | |
| Petitioner, | * | Case No. 4:26-cv-632-CDL-ALS |
| v. | * | |
| Warden, STEWART DETENTION CENTER, | * | |
| Respondent. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 4th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk